UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
HECTOR GARCIA,                    )
                                  )   1:08-CV-01070 OWW GSA
                                  )
            Plaintiff,            )
                                  )
      v.                          )   ORDER DISMISSING ACTION
                                  )
RANDALL & RICHARDS, INC,          )
                                  )
                                  )
            Defendant.            )
                                  )
_____)
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   January 9, 2009**             **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE